**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

KATHALEEN ST. JUDE MCCORMICK
CHANCELLOR

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19801-3734

July 9, 2024

Catherine A. Gaul
Randall J. Teti
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Aaron Greenspan
PlainSite
956 Carolina Street
San Francisco, CA 94107

Re:   *Twitter, Inc. v. Elon R. Musk, et al.*,
        C.A. No. 2022-0613-KSJM

Dear Counsel:

On June 18, 2024, Aaron Greenspan filed a challenge under Court of Chancery Rule 5.1 to the continued confidential treatment of docketed items in the above-referenced action. That case is closed, but that status does not preclude Mr. Greenspan's challenge. Rule 5.1, which was amended on June 14, 2024, allows any person to "challenge the confidential treatment of a Confidential Filing."[1] The challenger must first file a notice with the Register in Chancery identifying each challenged confidential filing by docket number, Transaction ID, title, or other identifying information.[2] Mr. Greenspan's challenge satisfied these requirements by specifically identifying twelve docket numbers and attachments.

---

[1] Ct. Ch. R. 5.1(g)(1).

[2] Ct. Ch. R. 5.1(g)(2).

Once challenged, any person seeking continued confidential treatment must move within five days of the challenge notice.[3] That deadline elapsed on June 26, 2024. Before the deadline passed, Twitter, Inc.'s successor in interest, X Corp., moved for an extension of time to July 17, 2024, to review the challenged filings to determine whether any information in the filings should remain confidential.

This court has the discretion to extend the time limits imposed by the Court of Chancery Rules, and it is appropriate to allow X Corp. more time to review the challenged filings and prepare public version of those filings. X Corp.'s motion is granted. X Corp. has until 4:30 p.m. on July 17, 2024, to respond to Mr. Greenspan's challenge. No further extensions will be granted.

IT IS SO ORDERED.

Sincerely,

/s/ Kathaleen St. Jude McCormick

Chancellor

cc:     All counsel of record (by *File & ServeXpress*)

---

[3] Ct. Ch. R. 5.1(g)(6)(A).